**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-1485**

---

KAREN L. DAVIS,

        Plaintiff - Appellant,

    v.

NAVY FEDERAL CREDIT UNION,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:11-cv-01282-JCC-TCB)

---

Submitted: July 19, 2012          Decided: July 23, 2012

---

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Karen L. Davis, Appellant Pro Se. Edward Lee Isler, ISLER, DARE, RAY, RADCLIFFE & CONNOLLY, PC, Vienna, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen L. Davis appeals from the district court's orders dismissing her employment discrimination complaint and amended complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Davis v. Navy Fed. Credit Union, No. 1:11-cv-01282-JCC-TCB (E.D. Va. Jan. 10, 2012 & Mar. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED